UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 DEMONT ANTONNE NASH
D-2 ERIC MICHAEL ROUNDTREE

    Defendants.

Case: 1:20-cr-20158
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 03-11-2020 At 03:05 PM
SEALED MATTER (krc)

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
### (21 U.S.C. §§ 846 and 841(a)(1))
### (Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base)

D-1 DEMONT ANTONNE NASH,
D-2 ERIC MICHAEL ROUNDTREE,

From a date unknown to the Grand Jury, but since at least November of 2019, to on or about February of 2020, in the Eastern District of Michigan, Demont Antonne Nash and Eric Michael Roundtree, knowingly conspired and agreed together and with other persons, both known and unknown to the grand jury, to

1

possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). The conspiracy as a whole involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, all of which is attributable to each defendant as a result of their own individual conduct, and the conduct of other conspirators reasonably foreseeable to each of them.

All in violation of Title 21, United States Code, Section 846.

### *Manner and Means*

As part of the conspiracy, Demont Antonne Nash and Eric Michael Roundtree, and others, both known and unknown to the grand jury, possessed with intent to distribute and distributed cocaine base in the Eastern District of Michigan, and collected drug proceeds.

As part of the conspiracy, Demont Antonne Nash and Eric Michael Roundtree, and others, both known and unknown to the grand jury, used and caused others to use telephones to facilitate the distribution of controlled substances.

As part of the conspiracy, Demont Antonne Nash and Eric Michael Roundtree and others, both known and unknown to the grand jury, used various locations and houses to conduct drug transactions, to store controlled substances, and paraphernalia used in the distribution of controlled substances.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-2 ERIC MICHAEL ROUNDTREE

On November 5, 2019, in the Eastern District of Michigan, Eric Michael Roundtree knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-2 ERIC MICHAEL ROUNDTREE

On November 6, 2019, in the Eastern District of Michigan, Eric Michael Roundtree knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-2 ERIC MICHAEL ROUNDTREE

On December 3, 2019, in the Eastern District of Michigan, Eric Michael Roundtree knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-2 ERIC MICHAEL ROUNDTREE

On January 7, 2020, in the Eastern District of Michigan, Eric Michael Roundtree knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-2 ERIC MICHAEL ROUNDTREE

On January 9, 2020, in the Eastern District of Michigan, Eric Michael Roundtree knowingly and intentionally distributed a mixture or substance

containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On January 15, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On January 17, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On January 22, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On February 3, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On February 10, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a

detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

# COUNT TWELVE
## Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On February 12, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

# COUNT THIRTEEN
## Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On February 17, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On February 18, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTEEN
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On February 21, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

D-1 DEMONT ANTONNE NASH

On February 28, 2020, in the Eastern District of Michigan, Demont Antonne Nash knowingly and intentionally distributed a mixture or substance containing a

detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTEEN
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

D-1 DEMONT ANTONNE NASH

Beginning on a date unknown to the grand jury, but at least since November of 2019, and continuing at least until February of 2020, in the Eastern District of Michigan, Northern Division, Demont Antonne Nash knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, possessing with intent to distribute, and conspiring to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTEEN
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

D-2 ERIC MICHAEL ROUNDTREE

Beginning on a date unknown to the grand jury, but at least since November of 2019, and continuing at least until February of 2020, in the Eastern District of Michigan, Northern Division, Eric Michael Roundtree knowingly used and caused

others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, possessing with intent to distribute, and conspiring to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Eighteen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendants of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: March 11, 2020

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney


s/Timothy M. Turkelsons/Anthony P. Vance
TIMOTHY M. TURKELSON (P53748)ANTHONY P. VANCE (P61148)
Assistant United States AttorneyAssistant United States Attorney
101 First Street, Suite 200Chief, Branch Offices
Bay City, MI 48708
Telephone number: (989) 895-5712
Timothy.turkelson@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes      X No

Case: 1:20-cr-20158
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 03-11-2020 At 03:05 PM
SEALED MATTER (krc)

**Case Title:** USA v. Demon Antonne Nash, et al

**County where offense occurred:** Saginaw

**Check One:**   X Felony     ☐ Misdemeanor     ☐ Petty

   X  Indictment/_____Information --- **no** prior complaint.
      Indictment/_____Information --- based upon prior complaint [Case number:]
      Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: March 11, 2020

TIMOTHY TURKELSON
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: timothy.turkelson@usdoj.gov
Attorney Bar #:   P-53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.