UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:20-cr-20158-1

v.                                            Honorable Thomas L. Ludington
                                                   United States District Judge

DEMONT ANTONNE NASH,
                                                   Honorable Patricia T. Morris
        Defendant.                      United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Demont Antonne Nash's consent. ECF No. 48. On December 6, 2022, Judge Morris issued her Report and Recommendation, recommending that this Court accept Defendant's guilty plea. ECF No. 65.

Although the R&R states that the parties may object to and seek review of the recommendations within 14 days of service, Defendant's counsel stated that he and Defendant "have no objections to the report and recommendation on the plea." Email from Sanford Plotkin, Defendant's Lead Att'y, Def. Servs. Off., to Kelly Winslow, Case Manager, U.S. Dist. Ct. for the E. Dist. of Michigan (Dec. 7, 2022, 1:53 PM EST) (on file with author).



Defendant has therefore waived his right to appeal Judge Morris's findings that Defendant was competent to enter a plea and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 65, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 48, is **TAKEN UNDER ADVISEMENT**.

Dated: December 7, 2022        s/Thomas L. Ludington
                               THOMAS L. LUDINGTON
                               United States District Judge